UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 96-7786

———————————

RICHARD GRIFFIN,

Plaintiff - Appellant,

versus

ELIZABETH D. SCHER, individually and in her
official capacity; STERLING HALE MOORE, indi-
vidually and in his official capacity,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Chief
District Judge. (CA-96-1192-AM)

———————————

Submitted: May 15, 1997                     Decided: May 28, 1997

———————————

Before RUSSELL, HALL, and HAMILTON, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Richard Griffin, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A(b)(1) (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Griffin v. Scher</u>, No. CA-96-1192-AM (E.D. Va. Oct. 22, 1996). We deny Appellant's motion for the appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2